IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHARON ALEXANDER,<br><br>*Plaintiff,*<br><br>vs.<br><br>KNIGHT TRANSPORTATION,<br>EDWARD NEIHORSTER,<br><br>*Defendants.* | §§§§§§§§§§§§   SA-22-CV-00149-JKP |

# ORDER

Before the Court in the above-styled cause of action is Plaintiff's Counsel Alan Dale Hick's Unopposed Motion to Withdraw as Counsel of Record [#22]. By his motion, Mr. Hicks moves for leave to withdraw as co-counsel for Plaintiff Sharon Alexander; Russell W. Endsley of Law Office of Thomas J. Henry will continue to represent Plaintiff. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Counsel's Unopposed Motion to Withdraw as Counsel of Record [#22] is **GRANTED**.

**IT IS FURTHER ORDERED** that Alan Dale Hicks, is withdrawn as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that Russell W. Endsley will remain as counsel for Plaintiff.

**IT IS SO ORDERED**.

SIGNED this 7th day of July, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1